NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000266
05-JUL-2013
08:09 AM

NO. CAAP-12-0000266

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARK C. KELLBERG, Plaintiff-Appellant,
v.
CHRISTOPHER J. YUEN in his capacity as
Planning Director, County of Hawaiʻi,
and COUNTY OF HAWAIʻI, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 07-1-0157)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Foley, Presiding J., Leonard and Reifurth, JJ.)

Upon consideration of Plaintiff-Appellant Mark C.
Kellberg's Motion for Reconsideration of the Intermediate Court
of Appeals of the State of Hawaiʻi's June 20, 2013 Memorandum
Opinion filed on July 1, 2013, the memorandum/papers in support
of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, July 5, 2013.


Presiding Judge


Associate Judge


Associate Judge